HOLCOMB, Appellant, v. HOLCOMBE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Amos C. Holcomb against Blanche E. Holcombe, individually, etc. No opinion. Judgment affirmed, with costs.

HOLLAND HOUSE CO., Appellant, v. KINSLEY, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by the Holland House Company against Annie M. Kinsley as executrix. D. B. Ogden, for appellant. S. M. Pinney, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, P. J., and INGRAHAM, J., dissent.

HOOKER v. TOCH et al. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Harry S. Hooker against Mille Toch, impleaded. No opinion. Motion denied, with $10 costs. Order filed.

HOPPER, Appellant, v. PANAMA R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Eugene Hopper against the Panama Railroad Company. T. J. McManus, for appellant. R. R. Rogers, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HOPPER v. PANAMA R. Co. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Eugene Hopper against the Panama Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

HORN, Respondent, v. PICKHOLTZ, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Rubin Horn against Max Pickholtz. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOSKINS, Respondent, v. KINGSLAND BRICK CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Ester C. Hoskins against the Kingsland Brick Company and others. No opinion. Judgment affirmed, with costs.

HOWELL, Respondent, v. HEINZE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Anita Howell against Otto C. Heinze and others. D. P. Hays, for appellants. M. J. Hirsch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HUDSON PORTLAND CEMENT CO., Appellant, v. FAIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the Hudson Portland Cement Company against Edmund Fain and another. No opinion. Appeal dismissed, with costs.

HUESTIS, Appellant, v. PRUDENTIAL LIFE INS. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Samuel G. Huestis, individually, etc., against the Prudential Life Insurance Company and others. No opinion. Motion to dismiss appeal denied. Motion for substitution granted, without costs.

In re HUNT'S WILL. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) In the matter of proving the last will and testament of Hester Hunt, deceased. No opinion. Decree of the Surrogate's Court of Orange county affirmed, with costs.

In re HURWITZ. (Supreme Court, Appellate Division, First Department. April 16, 1908.) In the matter of Louis Hurwitz. No opinion. Motion granted, with $10 costs. Order filed.

IMBRIE v. SCHLICHT COMBUSTION CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Andrew C. Imbrie against the Schlicht Combustion Company. No opinion. Motion denied, on terms stated in order. Order filed.

INGHAM, Appellant, v. HERKIMER COUNTY LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Schuyler R. Ingham against the Herkimer County Light & Power Company. No opinion. Order modified, so as to provide that the actual expenses incurred by the attorney for plaintiff in attending the examination before the commissioner of the witness produced on behalf of the defendant are to be paid by the defendant, and also an allowance of $150 as counsel fee, said expense and allowance to be taxed before a justice of the Supreme Court on three days' notice, payment thereof to be made within ten days after said taxation, and, as so modified, the order is affirmed, without costs of this appeal to either party.

INMAN et al. v. F. N. BURT CO. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Action by Horace Inman and another against the F. N. Burt Company. No opinion. Order settled.

In re INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) In the matter of the application of the International Railway Company for the appointment of three commissioners to determine whether its railroad ought to be constructed and operated in Elmwood avenue, etc. No opinion. Determination of commissioners that railroad ought to be constructed and operated as set forth in report of said commissioners confirmed.

ISRAELS et al., Appellants, v. MACDONALD, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Charles H. Israels and another against Ranald H. Macdonald, as survivor, etc. No opinion. Motion denied.